**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2022

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ishmael Benreuben*, 22 Cr. 698 (JSR)

Dear Judge Rakoff:

The Government respectfully requests that the time between today and the arraignment scheduled for January 12, 2023 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on December 19, 2022, *see* ECF No. 8, and the Court has scheduled the arraignment and initial conference for January 12, 2023. While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of arraignment. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Amanda C. Weingarten
Assistant United States Attorney
Southern District of New York
(212) 637-2257
Amanda.Weingarten@usdoj.gov

SO ORDERED
/s/ JSR
12-20-22

cc (by ECF):   Eric Breslin, Esq.