UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　-v-<br><br>ISHMAEL BENREUBEN,<br><br>　　　　Defendant. | 22-cr-698 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　The Court has been informed by the United States Marshal Service that the above-named defendant refused to exit his cell to be produced for the hearing today.

　　IT IS HEREBY ORDERED that the United States Marshal Service use the necessary measures, including the use of force if needed, to remove the defendant from his cell to produce him in Courtroom 14B forthwith for the hearing.

　　SO ORDERED.

New York, NY
October 10, 2023

　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J